UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SULLIVAN,<br><br>        Petitioner,<br><br>    v.<br><br>M. D. BITER,<br><br>        Respondent. | Case No.  12-cv-05123-WHO (PR)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

Petitioner's motion for reconsideration (Docket No. 23) is DENIED.  Because the motion was filed after the filing of a notice of appeal, the Court lacks jurisdiction to consider the motion, *see Natural Res. Def. Council, Inc. v. Southwest Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001), and the Court is not disposed to entertain the motion, so the Court of Appeals need not remand for a ruling, *see Williams v. Woodford,* 306 F.3d 665, 683-84 (9th Cir. 2002).  This order terminates Docket No. 23.

**IT IS SO ORDERED.**

**Dated:**  January 15, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SULLIVAN,<br><br>        Plaintiff,<br><br>  v.<br><br>M.D. BITER et al,<br><br>        Defendant.<br>_____/ | Case Number: CV12-05123 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Michael J. Sullivan V-60931
Kern Valley State Prison
P. O. Box 5104 D-4-108
Delano, CA 93216

Dated: January 15, 2014

                                              Richard W. Wieking, Clerk
                                                By: Jean Davis, Deputy Clerk